# Court of Appeals
# of the State of Georgia

ATLANTA,  March 23, 2018

*The Court of Appeals hereby passes the following order:*

**A18E0039.  DANIELLE ROLLINS v. GLEN ROLLINS.**

On March 23, 2018, Danielle Rollins filed this emergency motion relating to a "Final Order on Defendant's Motion for Contempt and Defendant's Motion for Attorney's Fees and Expenses," which order was entered by the Superior Court of Fulton County on March 1, 2018.

In her emergency motion, Danielle Rollins requests: (1) an extension of time to file a discretionary application until May 25, 2018, asserting that additional time is required so that the court reporter can prepare a transcript;[1] and (2) an order of supersedeas pursuant to Rule 40 (b) pending the filing of the discretionary application.  This Court rules on Danielle Rollins's emergency motion as follows.

1.  Danielle Rollins's request for an extension of time to file a discretionary application until May 25, 2018 is DENIED.  This Court GRANTS, however, an extension of time for Danielle Rollins to file a discretionary application until April 30, 2018.[2]

---

[1] Danielle Rollins has indicated to this Court that the transcript at issue will be made available the week of April 23, 2018.

[2] OCGA § 5-6-39 (a) (5) permits this Court to grant an extension of time for filing an application for discretionary appeal where, as in this case, the request is made "before expiration of the period for filing as originally prescribed or as extended by a permissible previous order." OCGA § 5-6-39 (d); see also *Gable v. State*, 290 Ga. 81, 83-85 (2) (a) (720 SE2d 170) (2011).

2. Danielle Rollins's request for an order of supersedeas pending the filing of a discretionary application is DENIED, because she has failed to meet the standard for emergency relief as contemplated by Court of Appeals Rule 40 (b).[3]

In accordance with the specifics as set forth above, Danielle Rollins's emergency motion is hereby GRANTED IN PART, AND DENIED IN PART.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   03/23/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, *Clerk*.

---

[3] Court of Appeals Rule 40 (b) provides, in pertinent part, "In the exercise of its inherent power, this Court may issue such orders or give such direction to the trial court as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot. This power shall be exercised sparingly. Generally, no order shall be made or direction given in an appeal until it has been docketed in this Court."